[No. 43035-5-II.   Division Two.   June 4, 2013.]

PETER CHARLES SEIDEL, *Respondent*, v. CAROLINE HARDING
ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Pacific County, No. 08-2-00420-3, Michael J. Sullivan, J., entered February 27, 2012. *Reversed* and *remanded* by unpublished opinion per Worswick, C.J., concurred in by Johanson, J., and McCarthy, J. Pro Tem.

[No. 43375-3-II.   Division Two.   June 4, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. VERNON LEE
SHELTON, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 11-1-00188-1, Diane M. Woolard, J., entered April 13, 2012. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Worswick, C.J., and Quinn-Brintnall, J.

[No. 43616-7-II.   Division Two.   June 4, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES DANIEL
EMMETT, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 11-1-02839-1, Kathryn J. Nelson, J., entered June 15, 2012. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Johanson, A.C.J., and Bjorgen, J.

[No. 30575-9-III.   Division Three.   June 6, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT TODD
WALKER, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 04-1-00630-2, Bruce A. Spanner, J., entered January 17, 2012. *Affirmed* by unpublished opinion per Korsmo, C.J., concurred in by Brown and Kulik, JJ.